the defendant the sum of $500, to be deducted from any moneys that may be adjudged her on the appeals, perfect the appeals, place the same on the September calendar and be ready for argument when reached; in case he shall not pay such sum the motion is granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

MARTHA T. SMITH, Appellant, v. JOHN J. BARTLETT, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

GRACE V. STACY, Appellant, v. ALBERT M. KRUSER, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

GRACE THOMPSON, Appellant, v. CONEY ISLAND AND BROOKLYN RAIL-ROAD COMPANY and Another, Respondents.— Motion : for reargument denied, with ten dollars costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

WILLIAM W. WALLING, Respondent, v. COMMERCIAL ADVERTISER ASSOCIATION, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

FRANCIS A. WEISBECKER and Others, Respondents, v. MULLER PAPER GOODS COMPANY, INC., Appellant.— Motion denied on condition that appellant perfect its appeal, place the case on the September calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

JULIUS BISCHOFSKY, Respondent, v. IGNATZ WOHL, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

BOROUGH BANK OF BROOKLYN, Respondent, v. JOHN S. JENKINS, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the case presents a question for the jury. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

FRANKLIN Q. BROWN and Others, Appellants, Respondents, v. LESLIE B. WILSON and LUDWIG CHARDON, Respondents, Appellants.— Order affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

The COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on Complaint of JENNIE SHOEMAKER, Respondent, v. FRANK H. KNIGHT, Appellant.— Order of the Court of Special Sessions affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

JAMES CORRIGAN, Respondent, v. GREEN FUEL ECONOMIZER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

NATHAN FEDELMAN, Appellant, v. ST. DEAN REALTY COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Thomas, Carr, Stapleton, Mills and Rich, JJ.

MAY M. GUGEL and Another, Appellants, v. EVERETT S. HISCOX and JESSE F. HISCOX, Respondents. (Appeal No. 1.) — Order affirmed, with

ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

MAY M. GUGEL and Another, Appellants, v. EVERETT S. HISCOX and JESSE F. HISCOX, Respondents. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

GEORGE F. A. HAHN, as Administrator, etc., of AUGUST H. HAHN, Deceased, Appellant, v. BROOKLYN UNION GAS COMPANY, Respondent, — Appeal dismissed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

THOMAS C. HOBSON, Appellant, v. WILLIAM LINDER, Respondent.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements, on the authority of *Hempsted* v. *White Sewing Machine Co.* (134 App. Div. 575). Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of FREDERICK J. GREIFENSTEIN and FREDERICK HERB, as Executors, etc., of FRANK ROOS, Deceased. FREDERICK J. GREIFENSTEIN and FREDERICK HERB Individually and as Executors, etc., Appellants; ROSA ROOS and Others, Respondents.— Decrees of the Surrogate's Court of Kings county affirmed with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ. concurred.

In the Matter of Proceedings Supplementary to Execution: GUSTAVE RADER & COMPANY, a Domestic Corporation, Respondent, v. SALVATORE BONIELLO, Defendant. LOUIS HUETHWOHL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

GILBERT E. LOPER, Respondent, v. LEWIS NIXON, Appellant.— Judgment reversed and new trial granted, costs to abide the event, upon the ground that defendant was entitled to submission to the jury of the question as to whether plaintiff was a *bona fide* holder of the note. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

FRANK MARCUS, Appellant, v. ABRAHAM COHEN and RAY COHEN, Respondents.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

BARBARA MASSA, Appellant, v. THOMAS F. LAWLOR, Respondent.— Order affirmed, with ten dollars costs and disbursements. If the plaintiff intends to prove a renewal of the agreement to marry arising from the course of conduct between the parties subsequent to the original promise, she may so state in her bill of particulars, and thereby comply with the order. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

LOUISE METZLER, as Administratrix, etc., of WILLIAM METZLER, Deceased, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

ANTANAS PECHULIS, Respondent, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Appellant. — Order modified by striking therefrom the recital as to the filing of the affidavit of Edward G.